# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| MARY A. ANDRIANO, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FLORIDA HEALTH SCIENCES CENTER, INC. d/b/a TAMPA GENERAL HOSPITAL,<br><br>Defendant. | Case No. 8:23-cv-01745-TPB-TGW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Mary A. Andriano hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal without prejudice of the above-captioned action.

Dated: August 7, 2023

Respectfully submitted,

/s/Frank S. Hedin
Frank S. Hedin
Arun G. Ravindran
**HEDIN HALL, LLP**
1395 Brickell Avenue, Suite 1140
Miami, FL 33131
Tel: (305) 357-2107
Fax: (305) 200-8801
fhedin@hedinhall.com

*Local Counsel for Plaintiff and the Putative Class*